1  Francesco Benavides, CSBN 258924
   Law Offices of Francesco Benavides
2       1990 N. California Blvd.  Suite 20
        Walnut Creek, CA 94596
3       Tel: (925) 222-7071
4       Fax: (925) 522-5306
        Email: francesco@benavidesdisabilitylaw.com
5

6  Attorney for Plaintiff
   RUDY CAMPOS
7

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          WESTERN DIVISION
11

12 | RUDY CAMPOS,                    | Case No. 2:21-cv-05773-DFM
13 |                                 |
14 |         Plaintiff,              | ORDER FOR THE AWARD AND
   |                                 | PAYMENT OF ATTORNEY FEES AND
15 |         v.                      | EXPENSES PURSUANT TO THE
   |                                 | EQUAL ACCESS TO JUSTICE ACT
16 | KILOLO KIJAKAZI, Acting         |
17 | Commissioner of Social Security,|
18 |         Defendant.              |

19
20     Based upon the parties' Stipulation for the Award and Payment of Equal Access
21 to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the
22 amount of $4,478.12 as authorized under the Equal Access to Justice Act (EAJA), 28
23 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

24 DATE:_March 14, 2022
25                                         _____
26                                         HON. DOUGLAS F. MCCORMICK
                                           UNITED STATES MAGISTRATE JUDGE
27
28